**Motion Granted; Abatement Order filed January 7, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00408-CV
_____

## HILARIO R. HERNANDEZ A/K/A HILARIO RAMOS HERNANDEZ, Appellant

## V.

## CHRISTINA M. FOOS, INDIVIDUALLY AND AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF BELINDA G. HERNANDEZ, DECEASED, Appellee

**On Appeal from County Court at Law No. 2 & Probate Ct
Brazoria County, Texas
Trial Court Cause No. PR39396A**

## ORDER

On December 13, 2019, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Justices Zimmerer, Spain and Hassan.